**Toyota Motor Sales, U.S.A., Inc. v. galaxydrives and the Individuals and Entities Operating galaxydrives - Case No. 24-cv-09401**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No. | URL | Name / Seller Alias |
| 1 | ebay.com/usr/galaxydrives | galaxydrives |